UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9200 MWF (PVCx)**                                                  Date: April 28, 2022

Title      **Eric Cleveland v. 11350 Washington SFS, LLC, et al.**

Present: The Honorable:      MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the First Amended Complaint ("FAC") was filed on March 23, 2022. (Docket No. 15). Prior to the filing of the FAC, the Court filed a Notice to Parties: ADA Disability Access Litigation ("ADA Notice") on November 30, 2021. (Docket No. 9). The ADA Notice directs Plaintiff to serve the ADA Packet attached to the ADA Notice on Defendant(s) at the same time the summons and complaint are served, if possible. (*See* ADA Notice, p. 1).

On April 25, 2022, Plaintiff filed a Proof of Service ("POS") regarding service of the Summons and FAC on Defendant 11350 Washington SFS, LLC. (Docket No. 20). The POS does not reflect service of the ADA Packet. Therefore, the POS is deficient.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **MAY 20, 2022**.

- ■ BY PLAINTIFF: PROOF OF SERVICE of Summons, FAC, and ADA Disability Access Litigation/Application for Stay and Early Mediation Packet on Defendant.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9200 MWF (PVCx)**                                   Date: April 28, 2022

Title         **Eric Cleveland v. 11350 Washington SFS, LLC, et al.**

■ BY DEFENDANT: RESPONSE TO THE COMPLAINT ("Response") or APPLICATION FOR STAY AND EARLY MEDIATION ("ADA Application") by Defendant who has been properly served.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm