UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  **CV 21-9200-MWF(PVCx)** | Date: February 01, 2023 |
| Title  Eric Cleveland v. C.G.P. Management Co., et al. | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that Plaintiff filed a Proof of Service ("POS") of the Summons and Second Amended Complaint ("SAC") on January 30, 2023.  (Docket No. 35).  The POS reflects personal service on the agent for service of process for Defendant Santa Fe Springs Village, LP, on December 8, 2022; Defendant's response to the SAC was due December 29, 2022.  However, the POS does not reflect service of the Notice to Parties: ADA Disability Access Litigation ("ADA Notice").  (Docket No. 9).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed.  In response to this Order to Show Cause, the Court will accept the following no later than **FEBRUARY 10, 2023**.

- Plaintiff's Proof of Service of the ADA Notice as required therein.
- After the ADA Notice has been properly served as required and if Defendant does not file a Response to the SAC or request a stay within fourteen (14) days of service of the ADA Notice, Plaintiff must file an Application to Clerk to Enter Default ("Default Application") **within five calendar days**.  Failure to do so will be deemed abandonment of this action and the Court will immediately dismiss it for lack of prosecution.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-9200-MWF(PVCx)**                              Date:  February 01, 2023

Title         Eric Cleveland v. C.G.P. Management Co., et al.

submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by February 10, 2022, or to file an Application to Clerk to Enter Default as set forth above, will result in the dismissal of this action.

    IT IS SO ORDERED.

Initials of Preparer:  RS/sjm